THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BTL INDUSTRIES, INC.,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**ADVANCED MEDICAL INC., GEOFFREY LOVELESS, and KAREN E. LOVELESS**,<br><br>　　　　　　Defendants. | Civil Action No.: 1:25-cv-00907<br><br>**DEMAND FOR JURY TRIAL** |

**[PROPOSED] SCHEDULING ORDER**

Pursuant to Local Court Rule CV-16, Plaintiff BTL Industries, Inc. ("**BTL**") respectfully submit a Proposed Scheduling Order, attached as **Exhibit A**. The Proposed Scheduling Order is based on Judge Pitman's Proposed Scheduling Order on the Court's website [with certain modifications]. BTL also submits the proposed schedule in table format, attached as **Exhibit B**. BTL sent a proposed scheduling order with identical dates to that submitted here to defendants Geoffrey Loveless and Karen Loveless ("**Defendants**") via email to gkdogdway@gmail.com[1] on November 3, 2025, for their review. BTL followed up via email again on November 6, 2025, and requested that Defendants respond by lunchtime on November 7, 2025. As of 3:00 PM on November 7, 2025, Defendants have not provided a response. BTL therefore requests that the Court enter its Proposed Scheduling Order.

---

[1] Defendants have been communicating with BTL's counsel throughout this litigation using this email and listed this email on documents that Defendants submitted to the Court (*see, e.g.*, ECF No. 19, which Defendants also served on BTL's counsel via this same email address).

1

Dated: November 7, 2025 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan D. Levy*
　　　　　　　　　　　　　　　　　　　　　　Ryan D. Levy (TN BPR #024568)
　　　　　　　　　　　　　　　　　　　　　　Patterson Intellectual Property Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　1600 Division Street, Suite 500
　　　　　　　　　　　　　　　　　　　　　　Nashville, TN 37203
　　　　　　　　　　　　　　　　　　　　　　Telephone: (615) 242-2400
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (615) 242-2221
　　　　　　　　　　　　　　　　　　　　　　rdl@iplawgroup.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff BTL Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, a copy of the foregoing document was served via email and USPS upon Pro Se Defendants of record as follows:

Advanced Medical Inc.
Geoffrey Loveless
Karen E. Loveless
17107 Albert Voelker Rd.
Elgin, TX 78621
gkgodway@gmail.com

                                          /s/ Ryan D. Levy
                                          Ryan D. Levy